[Nos. 11600-0-III; 11601-8-III.   Division Three.   March 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
PATRICK HAWK, *Appellant*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 90-1-00237-9, 90-1-01432-6, Michael W. Leavitt,
J., entered May 10, 1991. *Affirmed* by unpublished opinion

per Munson, J., concurred in by Shields, C.J., and Sweeney, J.